HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
RENE PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RENE PATTERSON,<br><br>　　　　　Defendant. | Case No.  2:20-PO-00280-CKD<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET FOR TRIAL CONFIRMATION HEARING AND BENCH TRIAL<br><br>New Date:  July 29, 2021<br>Time: 9:30 a.m.<br>Judge: Carolyn K. Delaney |

　　　　IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ALSTYN BENNETT, Assistant Federal Defender LINDA C. ALLISON attorney for RENE PATTERSON that the Court vacate the status conference currently set for February 18, 2021, and set a trial confirmation hearing for July 29, 2021, at 9:30 and a bench trial on August 12, 2021, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The continuance is being requested so the trial can be held in person once the courthouse reopens as Mr. Patterson is not able to utilize the zoom application.

DATED:  January 26, 2021                     Respectfully submitted,

                                                   HEATHER WILLIAMS
                                                   Federal Defender

                                                   /s/ Linda Allison
                                                 LINDA ALLISON
                                                 Assistant to the Federal Defender
                                                 Attorney for Defendant


Dated:  February 3, 2021                     McGREGOR W. SCOTT
                                                 United States Attorney

                                                 /s/ Linda C. Allison for
                                                 ALSTYN BENNETT
                                                 Assistant United States Attorney

ORDER

It is hereby ordered that status conference hearing set for February 18, 2021 be vacated and a trial confirmation hearing be set for July 29, 2021 at 9:30 and the bench trial on August 12, 2021 at 9:00 a.m.

Dated: February 4, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE