IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00280-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE TRIAL |
| ) | AND MOTIONS HEARING |
| v. ) | |
| ) | |
| RENE M. PATTERSON, ) | DATE:  August 12, 2021 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:20-po-00280-CKD is GRANTED.

It is further ordered that the bench trial and motions hearing scheduled on August 12, 2021 are vacated.

IT IS SO ORDERED.

Dated:  August 11, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE